IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED
FEB 20 2024
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. CR 24-085 F |
| -vs- ) | |
| ) | |
| JEFFREY ADAM WINDBIGLER, ) | Violation: 18 U.S.C. § 875(c) |
| ) | |
| Defendant. ) | |

### INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Communicating a Threat)

From on or about January 25, 2024, through on or about January 28, 2024, in the Western District of Oklahoma and elsewhere,

-------------------------------- **JEFFREY ADAM WINDBIGLER** ----------------------------

knowingly, willfully, and with recklessness as to whether the communication would be viewed as a true threat of violence, transmitted in interstate commerce a threat to injure the person of another. In particular, Defendant posted the following on an internet social media site:

- "I'm going to kill the children of the lying trash whores in the usa;"
- "I will shoot up the library in Edmond Oklahoma;" and
- "I'm going to shoot up a school in Oklahoma."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 2
### (Communicating a Threat)

On or about January 25, 2024, in the Western District of Oklahoma and elsewhere, ----------------------------- **JEFFREY ADAM WINDBIGLER** ----------------------------- knowingly, willfully, and with recklessness as to whether the communication would be viewed as a true threat of violence, transmitted in interstate commerce a threat to injure the person of another. In particular, Defendant posted the following on an internet social media site: "I'm going to shoot up a school in Texas."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 3
### (Communicating a Threat)

On or about January 30, 2024, in the Western District of Oklahoma and elsewhere, ----------------------------- **JEFFREY ADAM WINDBIGLER** ----------------------------- knowingly, willfully, and with recklessness as to whether the communication would be viewed as a true threat of violence, transmitted in interstate commerce a threat to injure the person of another. In particular, Defendant posted the following on an internet social media site: "I'm going to kill people."

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 4
### (Communicating a Threat)

On or about January 30, 2024, in the Western District of Oklahoma and elsewhere, ----------------------------- **JEFFREY ADAM WINDBIGLER** -----------------------------

knowingly, willfully, and with recklessness as to whether the communication would be viewed as a true threat of violence, transmitted in interstate commerce a threat to injure the person of another. In particular, Defendant posted the following on an internet social media site: "I'm going to kill people in Texas."

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

MATT DILLON
Assistant United States Attorney